Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

**FEB 11 2022**

ARTHUR JOHNSTON

BY _____ DEPUTY

for the

*Southern* District of

*Northern* Division

_Jon Rhodes_

**Plaintiff(s)**

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_City Court of City of Pearl, MS
County Court Rankin County
20th District Court MS
Supreme Appeals_

**Defendant(s)**

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _3:22-CV-67-TSL-RPM_

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*    ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

**Case # 2021-M-0796**

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

_2021 TS 01347_

_2019 TS 01561_

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | _Jon Rhodes_   Case # _2021-M-0796_ |
| Street Address | _414 Barksdale St #11_ |
| City and County | _Jackson MS_ |
| State and Zip Code | _Mississippi   39202_ |
| Telephone Number | _601 291 7411_ |
| E-mail Address | _jr2012mail@gmail.com_ |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Page of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          *Clerks Office*

Job or Title *(if known)*

Street Address                *450 High St*

City and County               *Jackson MS    Hinds County*

State and Zip Code            *Mississippi 39201*

Telephone Number             *601 359 3694*

E-mail Address *(if known)*    *scfclerk@ courts.ms.gov*


Defendant No. 2

Name                          *Clerks Office*

Job or Title *(if known)*

Street Address                *215 E Government St*

City and County               *Brandon, MS 39042 Rankin County*

State and Zip Code

Telephone Number             *601 825 1466*

E-mail Address *(if known)*


Defendant No. 3

Name                          *Clerks Office*

Job or Title *(if known)*       *Municipal Court*

Street Address                *2420 Old Brandon Road*

City and County               *Pearl   Rankin County*

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐    Federal question          ☐    Diversity of citizenship

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*5th Amendment Due Process*
*6th Amendment Counsel*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Appended*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Appended*

**United States District Court**
**Complaint for a Civil Case**

III Statement of Claim

My Case Started in the Municipal Court of the City of Pearl. I was represented by a Court Appointed Attorney and I was found Guilty.

I Appealed to Rankin, County Court Pro Se. Municipal Court had denied me of an Attorney so after several failed attempts filling my Informa Paupuris, Notice of Appeal, and Designation of Record. I finally earned the Order Finally Denying Proposed Appeal.

I bypassed the 20th District Court and went to the Supreme Court of Appeals and all of my former fillings were denied because I was in the wrong court.

Then Came and went Covid somewhere during that time I grew the nerves to try again.

I Priority mailed my fillings to the 20th District Court and of course they never received any of them. So, I started hand delivering them and to my surprise all of my fillings were denied.

Currently, I think my case is supposed to be in the Supreme Court of Appeals. All of my previous fillings have been refilled. The 1st problem was no Designation of Record. So, I filled it with the Rankin Clerk's Office. The 2nd problem cost bond. Long story short. Rankin County Clerk's Office claims that they have no paperwork on file from Municipal Court of Pearl so that they cannot proceed with Cost Bond or Designation of Record. It's their job to be able to request this information and file it but fortunately for them the Supreme Court of Appeals Clerk's Office is having the same problem so that makes everything O.K.

IV Relief

Injunction reinstate my Drivers License so I can Defend.
Grant: In Forma Pauperis,  Appeal, and Reinstate Public Defender.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable    opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the            requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *02/1/2022*

Signature of Plaintiff    _____

Printed Name of Plaintiff    *Jon Rhodes*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____