```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION

JON RHODES                                             PLAINTIFF

VS.                         CIVIL ACTION NO. 3:22-CV-67-TSL-RPM

CLERK'S OFFICE OF THE 61ST
COUNTY DISTRICT FOR RANKIN, ET AL.                    DEFENDANTS
```

ORDER

This cause is before the court on the report and recommendation of United States Magistrate Judge Robert P. Myers entered on October 25, 2022, recommending that plaintiff Jon Rhodes' complaint in this action be dismissed with prejudice and that his motion for temporary reinstatement of his driver's license be denied.  Plaintiff has filed an objection by which he reiterates his allegations against defendants but does not address the conclusions, as set forth in the report and recommendation, that the defendant clerks are entitled to immunity, that he has failed to state a claim against defendant Finch and that any claim for damages is Heck barred.  Plaintiff's objection is not well taken and will be overruled.  Further, the court, having fully reviewed the report and recommendation entered in this cause on October 25, 2022, and being duly advised in the premises, finds

1

that said report and recommendation should be adopted as the opinion of this court.

Therefore, it is ordered that plaintiff's objection is overruled and that the report and recommendation of United States Magistrate Judge Robert P. Myers be, and the same is hereby adopted as the finding of this court. It follows that the complaint is dismissed with prejudice and that plaintiff's motion for temporary reinstatement of his driver's license is denied.[1]

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 15th day of November, 2022.

/s/ Tom S. Lee _____
UNITED STATES DISTRICT JUDGE

---

1   Plaintiff's request for additional time to supplement his objection is denied.